Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio




# MEMORANDUM OPINION

No. 04-11-00322-CV

### IN THE INTEREST OF A.C.F.H. and D.A.B.H., Children

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-06175
Honorable Barbara Hanson Nellermoe, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
               Karen Angelini, Justice
               Marialyn Barnard, Justice

Delivered and Filed:  July 20, 2011

DISMISSED

On its own motion, the court withdraws its opinion and judgment issued July 6, 2011, and substitutes this opinion and judgment. On May 6, 2011, appellant father filed a notice of appeal from the trial court's judgment signed April 7, 2011. Thereafter, on May 19, 2011, appellee mother filed a notice of appeal, indicating her intent to bring a cross-appeal. The clerk's record was due June 6, 2011, sixty days after the judgment was signed. *See* TEX. R. APP. P. 35.1(a). On June 7, 2011, the District Clerk of Bexar County filed a notification stating the clerk's record would not be filed because appellant father had not paid or made arrangements to pay the clerk's fee to prepare the record and is not entitled to appeal without paying the fee. On June 9, 2011, we ordered appellant father to provide written proof to this court on or before June 20, 2011 that

either (1) the clerk's fee has been paid or arrangements had been made to pay the clerk's fee; or (2) he is entitled to appeal without paying the clerk's fee. We cautioned appellant father that if he failed to respond within the time provided, his appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b). Appellant father has not filed a response, and the District Clerk has informed us that no payment or payments arrangement have been made.

We therefore **order** the appeal brought by appellant father dismissed for want of prosecution. *See id.* The appellee mother's cross-appeal remains pending in this court, and it is now the appellee mother's burden to request and pay for the clerk's record if she intends to prosecute her cross appeal. No costs will be assessed until this court disposes of the cross appeal.

PER CURIAM